**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8333**
_____

ANNETTE ROSS,

　　　　　　Plaintiff - Appellant,

　　　　v.

MR. YOUNG, Therapist; MR. BARLOWE, Therapist; DR. PAYLO,
Mental Health Director; S. JOHNSON, Correctional Officer;
MR. HAUSKINS, Sgt. of F.C.C.W.; MS. HULL, Unit
Director/Security of Bldg #2; MS. WALKER, Asst. Warden of
F.C.C.W.; SGT. GONZALES, Sargent of F.C.C.W.; DR. DAVID,
Psychiatrist for F.C.C.W.; DR. MCDONALD, Doctor of F.C.C.W.;
DR. RAMOLI, Doctor of F.C.C.W.; CAPTAIN JONES, Captain, MS.
M. JONES, Hearing Officer,

　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.　James C. Turk, Senior
District Judge. (7:08-cv-00522-jct-mfu)

_____

Submitted:　September 29, 2009　　　Decided:　October 2, 2009

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Annette Ross, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annette Ross appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ross v. Young, No. 7:08-cv-00522-jct-mfu (W.D. Va. Oct. 16, 2008. We deny Ross's motion to reconsider the denial of her motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED